JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SHI KOZULYN BASS,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00221-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jean N. Ripley, counsel for the United States, and Christopher Mischler, counsel for defendant Shi Kozulyn Bass, that the sentencing hearing currently scheduled on September 15, 2023, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　Government counsel has a conflict on the date of the hearing that cannot be moved.

　　　　2.　Defendant Shi Kozulyn Bass is in custody and agrees to the continuance.

/ / /

/ / /

/ / /

1

3. This is the first request to continue the sentencing hearing.

DATED this 4th day of August, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Jean N. Ripley                                          /s/ Christopher Mishler

JEAN N. RIPLEY                                          CHRISTOPHER MISHLER
Assistant United States Attorney

*Counsel for the United States*                    *Counsel for Shi Kozulyn Bass*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHI KOZULYN BASS,

        Defendant.

Case No. 2:22-cr-00221-JCM-NJK

**ORDER**

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Sentencing Hearing currently scheduled on September 15, 2023, at 10:30 a.m., is vacated and continued to **October 18, 2023, at 10:00 a.m.**

DATED August 7, 2023.

*[signature]*
**UNITED STATES DISTRICT JUDGE**