JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00221-JCM-NJK |
| Plaintiff, | **Stipulation to Continue Status Hearing** |
| v. | |
| SHI KOZULYN BASS, | **(First Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Shi Kozulyn Bass, by and through her counsel, Osvaldo Fumo, Esq., hereby stipulate and agree to continue the status hearing currently scheduled for September 18, 2024, at 10:00 a.m., for a period of no less than fourteen (14) days.

The parties enter this stipulation for the following reasons:

1. Government counsel has a conflict and will not be able to attend the hearing. The parties also need additional time to determine whether the pending revocation can resolve through negotiation, or whether it will proceed to a contested hearing.

2. The continuance is not sought for purposes of delay.

3. Ms. Bass is not in custody and agrees to the continuance.

Respectfully submitted this 17th day of September, 2024.

*/s/ Osvaldo Fumo*  
OSVALDO FUMO

*Counsel for Defendant Bass*

*/s/ Jean N. Ripley*  
JEAN N. RIPLEY

Assistant United States Attorney

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>SHI KOZULYN BASS,<br><br>      Defendant. | Case No. 2:22-cr-00221-JCM-NJK<br><br>**Order to Continue Status Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the status hearing currently scheduled for September 18, 2024, at 10:00 a.m., for a period of no less than fourteen (14) days.

IT IS FURTHER ORDERED that the revocation hearing currently scheduled for September 18, 2024, at 10:00 a.m., is continued until October 7, 2024, at 11:00 a.m. in Courtroom 6A.

DATED: September 17, 2024.

                                            HONORABLE JAMES C. MAHAN
                                            UNITED STATES DISTRICT JUDGE